UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MELLISSA RINEHOLT, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | No. 1:08-cv-5 |
| ) | *Edgar / Carter* |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |

**MEMORANDUM AND ORDER**

Plaintiff brings a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [Court Doc. No. 20]. This motion was referred to United States Magistrate Judge William Carter pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b) for a report and recommendation. Magistrate Judge Carter filed his report and recommendation on June 22, 2009. [Court Doc. No. 22].

The parties have not filed any timely objections. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Accordingly, Plaintiff's motion for attorney's fees under the EAJA, 28 U.S.C. § 2412(d), is **GRANTED**. The Plaintiff is hereby awarded attorney's fees in the amount of $8,904.00 and

paralegal time of $138.00 for a total award of $9,042.00.

SO ORDERED.

ENTER this 9th day of July, 2009.

                                        */s/ R. Allan Edgar*
                                        R. ALLAN EDGAR
                              UNITED STATES DISTRICT JUDGE